IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DOGS DESERVE BETTER, INC.,

    Plaintiff,

vs.                                                                                                                           No. CIV 13-0592 JB/GBW

NEW MEXICO DOGS DESERVE BETTER, INC.;
MARTINA C. HOLGUIN; KAYE L. PEERY;
and ANGELA STELL,
in their individual and official capacities,

    Defendants.

### **ORDER**[1]

**THIS MATTER** comes before the Court on the Plaintiff's Motion for Leave to File Sur-Reply to Individual Defendants' Motion to Set Aside Clerk's Entry of Default, filed April 8, 2014 (Doc. 25)("Motion"). The Court held a hearing on August 28, 2014. For the reasons provided at the hearing, the Court will grant the Motion.

**IT IS ORDERED** that the Plaintiff's Motion for Leave to File Sur-Reply to Individual Defendants' Motion to Set Aside Clerk's Entry of Default, filed April 8, 2014 (Doc. 25), is granted.

                                                                                         _____
                                                                                         UNITED STATES DISTRICT JUDGE

---

[1] This Order disposes of the Plaintiff's Motion for Leave to File Sur-Reply to Individual Defendants' Motion to Set Aside Clerk's Entry of Default, filed April 8, 2014 (Doc. 25). The Court may, however, at a later date issue a memorandum opinion more fully detailing its rationale for this decision.

*Counsel:*

Dennis F. Armijo
Albuquerque, New Mexico

--and--

Katy C. Fain
Trilla, Illinois

    *Attorneys for the Plaintiff*

Rudolph B. Chavez
Albuquerque, New Mexico

--and--

Donald Kochersberger
Alicia M. LaPado
Business Law Southwest, LLC
Albuquerque, New Mexico

    *Attorneys for the Defendants*